UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KARA STERNQUIST,**

　Petitioner,

v.　　　　　　　　　　　　　　　　　　No. 4:25-cv-1330-P

**WARDEN, FMC CARSWELL,**

　Respondent.

### FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Kara Sternquist under 28 U.S.C. § 2241 is **DISMISSED** for want of jurisdiction.

**SO ORDERED** on this **2nd day** of **December 2025.**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**MARK T. PITTMAN**
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE